**(Official Form 1) (12/03)**

| FORM B1 | **United States Bankruptcy Court**<br>**Northern District of Illinois, Western Division** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Borrego, Ramiro | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Borrego, Maria I. |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names):<br>None |
| Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No. (if more than one, state all): 6393 | Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No. (if more than one, state all): 3071 |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>5668 Heidi Drive<br>Rockford, IL 61109 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>5668 Heidi Drive<br>Rockford, IL 61109 |
| County of Residence or of the Principal Place of Business: Winnebago | County of Residence or of the Principal Place of Business: Winnebago |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor (if different from street address above):

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- ☑ Individual(s)
- ☐ Corporation
- ☐ Partnership
- ☐ Other _____
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☑ Chapter 13

**Nature of Debts** (Check one box)
- ☑ Consumer/Non-Business
- ☐ Business

**Chapter 11 Small Business** (Check all boxes that apply)
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)
- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
|  | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
|  | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
|  | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-640 - 31415

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): Ramiro Borrego & Maria I. Borrego |
|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed: NONE | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Ramiro Borrego
Signature of Debtor

X  /s/ Maria I. Borrego
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**

X  /s/ Richard T. Jones
Signature of Attorney for Debtor(s)

RICHARD T. JONES 6184629
Printed Name of Attorney for Debtor(s)

_____
Firm Name

138 Cass Street
Address

Post Office Box 1693    Woodstock, Illinois 60098

(815) 334-8220
Telephone Number

_____
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

((To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X  /s/ Richard T. Jones
Signature of Attorney for Debtor(s)    Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X_____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

10 Dominion People S Plus
c/o CBCS
600 North Bell Avenue
Carnegie, PA 15106

American Medical Collectin Agency
1269 St. Sawmill River Rd #3
Elmsford, NY 10523

AT&T Wireless
c/o Nationwide Recovery Systems
2304 Tarpley Road, #134
Carrollton, TX 75006-2467

AT&T Wireless
Post Office Box 8220
Aurora, IL 60572-8220

ComEd
2100 Swiss Drive
Oak Brook, Illinois 60523
Attn.: Revenue Management

Countrywide Home Loans
c/o Codilis and Assoc.
15W030 N. Frontage Raod, #100
Burr Ridge, IL 60527

Countrywide Home Loans
Post Office Box 5170
Simi Valley, CA 93062-5170
Attn: Bankruptcy Department

Direct TV
c/o The CBE Group
131 Tower Park Drive, Box 900
Waterloo, IA 50704

Direct TV
Post Office Box 6017
Agoura Hills, CA 91376

Duvera
1959 Palomar Oaks, #340
Carlsbad, CA 92009-1314

Elgin Emer. Room Phys.
c/o IL Collection Service
3101 W. 95th Street
Evergreen Park, IL 60805-2406

Fingerhut
11 McLeland Road
St. Cloud, MN 56395

Fingerhut
c/o Jefferson Capital System
16 McLeland Road
St. Cloud, MN MN 56303

Harley Davidson Credit
4150 Technology Way
Carson City, NV 89706

Harris Bank
1 East Main Street
St. Charles, IL 60174-1925

HSBC Bank USA
Post Office Box 98706
Las Vegas, NV 89193-8706

IL Dept. of Employment Security
Benefit Payment Contorl Div.
Post Office box 6996
Chicago, Illinois 60680

Midwest Emergency Assoc.
c/o IL Collection Service
3101 W. 95th Street
Evergeen Park, IL 60805-2406

Nicor
Post Office Box 2020
Aurora, Illinois 60507-2020

Riverbend Denistry
c/o Computer Credit Service
5340 N. Clark Street
Chicago, IL 60640-2120

SBC
c/o Encore Receivable Mgmt.
400 North Roger Road
Olathe, KS 66062-1212

SBC Midwest
c/o Risk Management Services
2675 Breckinridge
Duluth, GA 30096

SBC/Ameritech Consumer BK Center
Post Office Box 769
Arlington, Texas 76004-0769

Sprint
c/o IC Sytems
444 Highway 96, East, Box 64437
St. Paul, MN 55164-0437

Sprint PCS
Customer Care
Post Office Box 8077
London, KY 40742

St. Anthony Medical Center
5666 E. State Street
Rockford, Illinois 61108-2472

St. Anthony Medical Center
c/o Rockford, Merchantile Agency
Post Office Box 5847
Rockford, IL 61125-0847

St. Joseph Hospital
77 North Airlite Street
Elgin, Illinois 60123

St. Joseph Hospital
c/o Armor Systems Corp.
2322 N. Green Bay Road
Waukegan, IL 60087-4209

St. Joseph Hospital
c/o Pellettieri & Assoc./Nick Kalamotousaki
991 Oak Creek Drive
Lombard, IL 60148

Toyota Motor Corporation
1111 West 22nd Street, Ste. 420
Oakbrook, Illinois 60523-7404

Women's Health/Dr. Epstein
c/o American Collection Crop.
919 Estes Court
Schaumburg, IL 60193-4427

**UNITED STATES BANKRUPTCY COURT**
**Northern District of Illinois, Western Division**

In re  Ramiro Borrego & Maria I. Borrego          ,
                     Debtor

Case No.  _____

Chapter   13   _____

**VERIFICATION OF LIST OF CREDITORS**

I hereby certify under penalty of perjury that the attached List of Creditors which consists of 1 page, is true, correct and complete to the best of my knowledge.

Date  _____    Signature of Debtor    /s/ Ramiro Borrego
    RAMIRO BORREGO

Date  _____    Signature of Joint Debtor    /s/ Maria I. Borrego
    MARIA I. BORREGO

Richard T. Jones
138 Cass Street
Post Office Box 1693
Woodstock, Illinois 60098
(815) 334-8220
(815) 334-8229

B203
12/94

# United States Bankruptcy Court
### Northern District of Illinois, Western Division

In re  Ramiro Borrego & Maria I. Borrego

Case No. _____

Chapter _____13_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................................................. $ ___2,700.00___
   Prior to the filing of this statement I have received ....................................... $ _____500.00___
   Balance Due ................................................................................................. $ ___2,200.00___

2. The source of compensation paid to me was:

   ☑ Debtor    ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor    ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

_____    /s/ Richard T. Jones_____
Date                                Signature of Attorney

                                    _____
                                    Name of law firm

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-640 - 31415