# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re:   RAMIRO BORREGO & MARIA I. BORREGO                     Case Number: 05-73455
5668 HEIDI DRIVE                              SSN-xxx-xx-6393 & xxx-xx-3071
ROCKFORD, IL  61109

| | |
|---|---|
| Case filed on: | 7/8/2005 |
| Plan Confirmed on: | 9/2/2005 |

D Dismissed

Total funds received and disbursed pursuant to the plan: $15,588.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY RICHARD T JONES | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| 006 | NATION WIDE RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | THE CBE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | JEFFERSON CAPITAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ENCORE RECEIVABLE MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | RISK MANAGEMENT ALTERNATIVES | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | I.C. SYSTEM, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | ROCKFORD MERCANTILE AGENCY INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | ARMOR SYSTEMS CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | PELLETTIERI & ASSOCIATES PC | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | RAMIRO BORREGO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS | 9,159.84 | 5,617.35 | 5,617.35 | 0.00 |
| 002 | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS | 167,533.11 | 0.00 | 0.00 | 0.00 |
| 003 | HARLEY-DAVIDSON CREDIT | 12,294.74 | 12,294.74 | 5,490.77 | 1,351.01 |
| | Total Secured | 160,987.69 | 17,912.09 | 11,108.12 | 1,351.01 |
| 003 | HARLEY-DAVIDSON CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AMERICAN MEDICAL COLLECTION AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CREDITORS BANKRUPTCY SERVICE | 788.67 | 788.67 | 0.00 | 0.00 |
| 008 | COMMONWEALTH EDISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | DIRECT TV | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | DUVERA | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ILLINOIS COLLECTION SERVICE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | FINGERHUT CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | HARRIS BANK CONSUMER LENDING CENTER | 3,471.86 | 3,471.86 | 0.00 | 0.00 |
| 016 | B-LINE LLC | 884.02 | 884.02 | 0.00 | 0.00 |
| 017 | ILLINOIS DEPARTMENT OF UNEMPLOYMENT | 4,378.00 | 4,378.00 | 0.00 | 0.00 |
| 018 | ILLINOIS COLLECTION SERVICE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | NICOR GAS | 488.18 | 488.18 | 0.00 | 0.00 |
| 020 | COMPUTER CREDIT SERVICE CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | SBC CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | SPRINT PCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | ROCKFORD MERCANTILE AGENCY INC | 1,873.00 | 1,873.00 | 0.00 | 0.00 |
| 028 | ST. JOSEPHS HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | SWEDISH AMERICAN MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | BECKET & LEE, LLP | 4,839.77 | 4,839.77 | 0.00 | 0.00 |
| 033 | AMERICAN COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Unsecured | 16,723.50 | 16,723.50 | 0.00 | 0.00 |
| | Grand Total: | 179,911.19 | 36,835.59 | 13,308.12 | 1,351.01 |

| | |
|---|---|
| Total Paid Claimant: | $14,659.13 |
| Trustee Allowance: | $928.87 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_____

## United States Bankruptcy Court
### of the
### Northern District Of Illinois
### Western Division

Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/28/2008                    By  /s/Heather M. Fagan